# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. No. 14-cv-02585-NYW

MARISOL SILVA,

Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

Defendant.

---

## ORDER

---

Magistrate Judge Nina Y. Wang

      Upon the filing of Plaintiff Marisol Silva and Defendant LVNV Funding, LLC's (collectively, the "Parties") Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [#15], filed March 23, 2015, this civil action is dismissed and all dates and deadlines are vacated.

DATED March 26, 2015.                                   BY THE COURT:

                                                              /*s/* Nina Y. Wang_____
                                                              United States Magistrate Judge